## CONMED CORPORATION and Aspen Laboratories, Inc., Plaintiffs–Appellees,

v.

## ERBE ELECTROMEDIZIN GMBH and Erbe U.S.A., Inc., Defendants–Appellants.

No. 04–1261.

United States Court of Appeals, Federal Circuit.

June 17, 2004.

John G. Powers, Principal Attorney, James R. Muldoon, of Counsel, Hancock and Estabrook, Syracuse, NY, for Plaintiffs–Appellees.

Philip G. Hampton, II, Principal Attorney, Gardner Carton, Washington, DC, John J. D'Attomo, of Counsel, Gardner Carton, Chicago, IL, for Defendants–Appellants.

### ORDER

RADER, Circuit Judge.

Upon consideration of the Erbe Electromedizin GmbH et al.'s unopposed motion to remand its appeal from the United States District Court for the Northern District of New York, case no. 00–0987, due to settlement, so that the district court can entertain a motion to vacate,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.